No. 82–235. MORRIS ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 82–267. McCARTHY v. HINMAN. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 82–294. LOUISIANA v. MARSHELL. Sup. Ct. La. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 82–480. McCOMBS, CHAIRMAN, ILLINOIS PRISONER REVIEW BOARD v. SCOTT. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 82–521. JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. v. ARROYO. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.